IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ORLANDO BETHEL AND GLYNIS BETHEL, | ) ) ) |
| Plaintiffs, | ) ) ) CASE NUMBER: 1:04-cv-00334-CB |
| vs. | ) ) |
| CITY OF MONTGOMERY, et. al., | ) ) |
| Defendants. | ) |

### DEFENDANTS', CITY OF MONTGOMERY, CITY OF MONTGOMERY POLICE DEPARTMENT, CHIEF JOHN WILSON, LT. COL M.B. PIERCE, MAJOR C.J. DIXON, AND OFFICER RODERICK F. BYRNE, OBJECTION TO PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME

The above named Defendants, in the above styled cause, object to Plaintiffs' Motion for Enlargement of Time to Respond to Defendants' Motion to Dismiss. In support of said Motion, Defendants state unto the Court the following:

1. Defendants moved this Honorable Court to dismiss Plaintiffs' Complaint as amended pursuant to Rule 12(b)(1),(3),(4),(5) and (6) of the Federal Rules of Civil Procedure.

2. Defendants moved that the Complaint as amended be dismissed pursuant to Rule 12(b)(1),(3),(4),(5) and (6) of the Federal Rules of Civil Procedure. Even considering that Plaintiffs contentions are correct in said Motion for Enlargement of Time, although Defendants deny such claim, Plaintiffs have not offered any grounds to dispute the law set forth as grounds for dismissal in Defendants' Motion to Dismiss.

1

3. Defendants do not object to a reasonable time to allow Plaintiffs to respond but submit that sixty days is too much and ask the Court in the alternative to limit the enlargement of time for Plaintiffs to fourteen days.

Respectfully submitted this the 15th day of July, 2004.

/s/Walter R. Byars
City Attorney (BYA002)
Attorney for Defendants, City of Montgomery, Montgomery Police Department, Chief John Wilson, Lt. Col. M. B. Pierce, Major C. J. Dixon and Officer Roderick F. Byrne

103 N. Perry Street
Montgomery, Alabama 36104
334-241-2050 telephone
334-241-2310 fax

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon the following by depositing a copy of the same in the United States Mail, postage prepaid and properly addressed, this the 15th day of July, 2004:

Orlando Bethel
Glynis Bethel
12724-D Hwy 90
Loxley, Alabama  36551

Jeffery H. Long, Esq.
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

/s/Walter R. Byars
Of Counsel