IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ORLANDO BETHEL and GLYNIS BETHEL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 04-0034-CB-B ) |
| CITY OF MONTGOMERY, et al., | ) ) |
| Defendants. | |

**ORDER**

This matter is before the Court on plaintiffs' motion seeking an extension of time to respond to defendants' motion to dismiss or to transfer venue. (Doc. 16.) The motion is **GRANTED**, in part, as follows. Because it appears likely to the Court that venue is not proper in this district, the Court will first consider the motion to transfer. On or before **July 29, 2004**, plaintiffs must **SHOW CAUSE** why the motion to transfer venue should not be granted. Once the motion to transfer has been decided, a new deadline for responding to the motion to dismiss will be established.

**DONE** and **ORDERED** this the 19th day of July, 2004.

s/CHARLES R. BUTLER, JR.
**UNITED STATES DISTRICT JUDGE**