IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ORLANDO BETHEL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:04-cv-743-MEF |
| ) | WO |
| CITY OF MONTGOMERY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #49) to the Recommendation of the Magistrate Judge (Doc. #45) filed on February 23, 2006 is overruled;

2. The Recommendation of the Magistrate Judge entered on February 9, 2006 is adopted;

3. That defendant Daniels' Motion to Dismiss is GRANTED, all claims against this defendant in his official and individual capacities are DISMISSED with prejudice, and that defendant Daniels is DISMISSED as a defendant in this action.

4. This case is referred back to the Magistrate Judge for further orders and recommendations.

DONE this 28th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE