IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

Orlando Bethel, et al.
_____,  )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   CASE NO. 2:04-cv-743-MEF
                                    )
City of Montgomery, et al.          )
_____,  )
                                    )
    Defendants,                     )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Glynis Bethel_____, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

X 12/18/07
  /Date/

X /Signature/
  Glynis Bethel, pro se
  (Counsel's Name)

Counsel for (print names of all parties)
12724-D Highway 90
Loxley, AL 36551
Address, City, State Zip Code
251-964-4955
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, _____Glynis Bethel_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by ____electRonic Mail___ (manner of service, EM/ i.e., U.S. Mail, electronic mail, etc.) on this __12_ day of __19____ 20_07_ to:approx ECF

attorney for Montgomery

X __12/18/07__
   Date

X _____[signature]_____
   Signature