IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ORLANDO BETHEL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:04-cv-743-MEF-CSC |
| | ) |
| CITY OF MONTGOMERY, *et al.*, | ) (WO - DO NOT PUBLISH) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions, and orders entered in this case, it is hereby

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiffs and that this action is dismissed with prejudice.

The clerk of court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 17th day of March, 2010.

                                              /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE